730

VIDAS YUDEN, *et al.,* Plaintiffs and Counter Defendants-Appellees, *v.* RICHARD BINKOWSKI, *et al.,* Defendants and Counter Plaintiff-Appellants.

(No. 53775; ▮)

First District—August 27, 1971.

Opinion by Mr. PRESIDING JUSTICE EBERSPACHER.

Robert E. Cherry, of Chicago, for Defendants and Counter Plaintiffs-Appellants.

Jacobs, Lieberman & Aling, of Chicago, (Eugene Lieberman, of counsel,) for appellee.